FILED

2020 Oct-30  PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

**United States District Court**
for the
NORTHERN DISTRICT OF ALABAMA

FILED

2020 OCT 30  P 4: 30

U.S. DISTRICT COURT
N.D. OF ALABAMA

Raphael MAX Provino

**Plaintiff**
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Joseph Biden
Rick Perry
Dan Patrick
State Of Texas (All counties)
U.S. Govt. Dept of Treasury

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 2:20-CV-1711-ACA
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes   ☐ No

**COMPLAINT FOR A CIVIL CASE**

I.   **The Parties to This Complaint**

A.   **The Plaintiff**
Name                          Raphael Max Provino
Street Address          Hold For Pickup
City and County         Birmingham Clerk
State and Zip Code     Alabama
Telephone Number      (775) 393 - 0590

B.   **The Defendant(s)**   6395 Dogtown Rd Nauvoo, AL 35578

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

**Defendant No. 1**
Name — Joseph Biden

Job or Title — Vice President

Street Address — P.O BOX 58174

City and County —

State and Zip Code — Philadelphia, PA 19102

**Defendant No. 2**
Name — Rick Perry

Job or Title — DIRECTOR OF U.S ENergy

Street Address — 1600 INDepenence

City and County — Ave S.W

State and Zip Code — WAShington D.C. 20585

**Defendant No. 3**
Name — DAN Goeb PATrick

Job or Title — Lieutenant Governor

Street Address — OFFICe OF Lieutenant

City and County — Governor

State and Zip Code — PO Box 12068 AUSTIN, TX 78711

**Defendant No. 4**
Name — STATe OF TexAS (All Counties)

Job or Title — UNION Member

Street Address — OFFICe OF The Governor

City and County — P.O. Box 12428

State and Zip Code — AUSTIN, TEXAS 78711-2428

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
    Name           U. S. Government Inc. DePT
                       OF TreASury
    Job or Title   FederAl INSUrANCe OFFice
    Street Address  1500 Pennsylvania Ave, NW
    City and County  WAshington, DC
    State and Zip Code              20220

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _____

Address _____

**B.   If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

Pro Se General Complaint for a Civil Case (Rev.10/16)

C.  **If the Basis for Jurisdiction is Diversity of Citizenship**

1.  The Plaintiff

The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

2.  The Defendant(s)

a.  If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

$ 188,000,000. Dollars U.S.

2 Deliberate Murders (2 Deaths), 1 Kidnapping, Theft, Yelling, Torture, Theft of POA, Betrayal, RICO Violations, Theft of 52 Properties, Destruction of Credit.

III.  **Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Bait & Switch by Promise of 6% Interest, Then charge 7% interest

B. Overcharge of $800,000 by corrupt Attorney Jeffrey E church. P.C At Southern Texas Title South Padre Island + Brownsville.

C. Attack on Blind Woman (elderly) by Juan Trey Mendez III P.C. ①Overcharge AT /st National Bank of Santa Isabel, TX.

D. Theft of P.O.A. by Juan Trey Mendez III P.C.

E. False Advertising of "Texas Open For Business" Federal Funds.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Loss of Helen S. Provino, Loss of Linda Flores Salais, Loss of Anastasia Provino, Loss of 52 Income Apts. Loss of Hawaii Property, Loss of 242 Santa Isabel. Loss of Boca Chica House, Loss of South Padre Island Condo, Loss of Colorado River Property, Loss of California Pines Property, Loss of 10 Million Promised by Joseph Biden, Loss of $350,000 Promised by Rick Perry.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __Raphael M. Provino__ Last Name __Provino__

Mailing Address __Hold For Pickup Federal Clerk__

City and State __Birmingham, Alabama__ Zip Code __35203__

Telephone Number __(775) 393 - 0590__

E-mail Address __MCA 5517D @ GMail. Com__

Signature of plaintiff __Raphael Max Provino__

Date signed __Friday OCT. 30, 2020__

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☑ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

MCA 5517 D @ GMAil.COM

Participant signature: Raphael Max Provino

Date: 10 - 30 - 2020